

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-18-00135-CV |
| | § | |
| CEMEX CONSTRUCTION | | AN ORIGINAL PROCEEDING |
| MATERIALS PACIFIC SOUTH, | § | |
| L.L.C., | | IN MANDAMUS |
| | § | |
| RELATOR. | | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Linda Y. Chew, Judge of the 327th District Court of El Paso, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 25TH DAY OF JANUARY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.